UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDY CACERES, | : |
| Petitioner, | : Civ. No. 16-5046 (KM) |
| v. | : |
| CHARLES GREEN, | : **MEMORANDUM AND ORDER** |
| Respondent. | : |

Petitioner is an immigration detainee currently lodged at the Essex County Correctional Facility in Newark, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent has filed a request for an extension of time to file an answer to the habeas petition. Good cause being shown, respondent's request will be granted.

Accordingly, IT IS this 21st day of September, 2016,

ORDERED that respondent's request for an extension of time to file an answer to the habeas petition (Dkt. No. 3) is granted; and it is further

ORDERED that respondent may file an answer to the habeas petition on or before October 6, 2016; and it is further

ORDERED that petitioner may file his reply brief thirty (30) days after respondent files an answer to his habeas petition; and it is further

ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mail.

KEVIN MCNULTY
United States District Judge